**TEXAS DEPARTMENT OF CRIMINAL JUSTICE**
TDCJ Home  Q New Offender Search

*43,077-01*

 

# Offender Information Details

Return to Search list

| | |
|---|---|
| **SID Number:** | 07375228 |
| **TDCJ Number:** | 01929729 |
| **Name:** | MENDEZ,ELISEO RUIZ |
| **Race:** | H |
| **Gender:** | M |
| **DOB:** | 1989-07-15 |
| **Maximum Sentence Date:** | 2017-12-21 |
| **Current Facility:** | JESTER IV |
| **Projected Release Date:** | 2017-12-21 |
| **Parole Eligibility Date:** | 2014-12-21 |
| **Offender Visitation Eligible:** | CALL |

## SPECIAL INFORMATION FOR SCHEDULED RELEASE:

| | |
|---|---|
| **Scheduled Release Date:** | Offender is not scheduled for release at this time. |
| **Scheduled Release Type:** | Will be determined when release date is scheduled. |
| **Scheduled Release Location:** | Will be determined when release date is scheduled. |

## Parole Review Information

### Offense History:

| Offense Date | Offense | Sentence Date | County | Case No. | Sentence (YY-MM-DD) |
|---|---|---|---|---|---|
| 2007-01-09 | AGG SEX ASLT CHILD | 2008-10-22 | HIDALGO | CR-2990-07-A | 5-00-00 |
| 2013-12-20 | BURG HABIT | 2014-05-27 | HIDALGO | CR-0607-14-A | 4-00-00 |

Return to Search list

The Texas Department of Criminal Justice updates this information regularly to ensure that it is complete and accurate, however this information can change quickly. Therefore, the information on this site may not reflect the true current location, status, scheduled termination date, or other information regarding an offender.

For questions and comments, you may contact the Texas Department of Criminal Justice, at (936) 295-6371 or webadmin@tdcj.texas.gov. This information is made available to the public and law enforcement in the interest of public safety. Any unauthorized use of this information is forbidden and subject to criminal prosecution.

New Offender Search     TDCJ Home Page